UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-02-1

UNITED STATES OF AMERICA :

v. :

MICHAEL MASLAR :

Case No. 3:02-CR ___

Violation: 18 U.S.C. § 2113(a)
(Bank Robbery and Attempted Bank Robbery)

FILED
JUL 23  4 06 PM '02
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 11, 2001, in the District of Connecticut, the defendant, **MICHAEL MASLAR**, by force and violence, or by intimidation did take from the person or presence of another money, namely approximately $4,200.00 in U.S. currency, belonging to and in the care, custody, control, management, and possession of the Castle Bank & Trust, in Meriden, Connecticut, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

On or about October 1, 2001, in the District of Connecticut, the defendant, **MICHAEL MASLAR**, did attempt to enter the Citizen's Bank of Middletown, Connecticut, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to commit in such bank a felony affecting such bank, namely, a robbery in violation of 18 U.S.C. §2113(a), or a larceny, in violation of Title 18, United States Code, Section 2113(b).

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

_____
JOHN A. DANAHER III
UNITED STATES ATTORNEY

_____
JAMES I. GLASSER
CHIEF, CRIMINAL DIVISION

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY