United States Court House
Clerk of The Courthouse
45 Main St.
Hartford, Conn. 06103

Page 1.

3:02CR202
CFD

Clerk of the Courthouse

I am indigent. I have No money at all, Can you please send me a copy of the transcript, when I was sentenced.

Please A.S.A.P.

I think I was sentenced on 3/13/03 March 13, 2003. With this transcript I can go home.
Can you truthfully be so kind, to send me a copy of my sentencing transcript, the day I was sentenced. Something was enhanced — That is what I need.
Thank you greatly, for your time & concern.

Michael Maslau
11472-014
P.O. Box 4000
Springfield, Missouri

My paperwork was stolen.

02CR202 let

---

The Clerk shall docket this letter and include it in the Court's file. The Clerk is also directed to mail a copy to Federal Public Defender Terence Ward. The defendant is advised that he is not entitled to a transcript as of right unless he has filed a motion pursuant to 28 U.S.C. § 2255. So ordered.

Christopher F. Droney
United States District Judge
04/7/06