

Michael Maslar 11472-014          April 24, 2006

Case: 3:02-cr-202-CFD ← which one is case number

Page-1

United States Court House  
Clerk of the Court House  
450 Main Street     Christopher F. Droney – Judge  
Hartford, Conn. 06103

Clerk of the Courthouse,

It was established years ago, that I am indigent. My Public Defender was Terence Ward, I do not have his address.

I am filing a motion today for 28 USC § 2255

I am requesting a copy of my transcript on sentencing day, I believe it was March 13, 2003. I believe my case was "enhanced" to put me in a higher Catagory, and in the law books illegal according to "4 Volume"
- 4.2.2
- 4.2.1
- 4.1.1

for your time and concern.

Michael Maslar 11472-014  
may change — Medical Center for Federal Prisoners  
weeks — P.O. Box 4000  
Springfield, Missouri 65801-4000

---

The Clerk is directed to mail a copy to Assistant Federal Public Defender Terence Ward, and also directed to mail a copy of the order to Mr. Maslar at the Federal Medical Center in Springfield, Missouri. The defendant is advised that he is not entitled to a transcript as of right unless he has filed a motion pursuant to 28 U.S.C. § 2255, and the Court has no record that such a motion has been filed. So ordered.

The Clerk shall docket this letter and include it in the Court's file.

Christopher F. Droney  
United States District Judge  
06/6/06