UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 3:02-CR-202 (CFD) |
| : | |
| MICHAEL MASLAR : | |
| Defendant, : | |

**ORDER**

    The Clerk is directed to docket the attached correspondence and also to send copies of it and this order to Assistant Federal Defender Terrence Ward and the Defendant's brother Bruce Maslar at 189 David Road, Durham, CT 06422. The Defendant is also instructed that no petition under 28 U.S.C. § 2255 concerning the claims set forth in his correspondence to the Court has yet been filed by him.

SO ORDERED this ___14th___ day of September, 2006 at Hartford, Connecticut.

                                                  /s/ CFD
                                      **CHRISTOPHER F. DRONEY**
                                      **UNITED STATES DISTRICT JUDGE**