United States District Court
vs.

Michael Mashar 11472-014
Case # 3:02 - CR - 202 - CFD

02CR20261

Office of the Court
450 Main Street
Hartford, Conn. 06103

**RECEIVED**

JUL 05 2006

U.S. DISTRICT COURT
HARTFORD, CONN.

1. I sent 2 letters to the U.S. District Court
the First letter was to declare I was enhanced
into an illegal sentence, with the new laws -
old law. Under the new law - 4 Volume,
4.2.2, 4.2.1, and 4.1.1 the meaning goes on to
say. any charges that are 15 years or older
cannot be used to enhance any sentence.
And there is more, <u>I do not</u> have a copy
to share of the new 4 Volume law. 4.2.2, 4.2.1, 4.1.1.

2. Yes I sent 2 letters to U.S. District Court
at 450 main street, Hartford, Conn. 06103

3. I mentioned I would file 28 § 2255 and
soon reveal under law 4 Volume 4.2.2, 4.2.1, 4.1.1,
my belief is that I was enhanced,

4. I sent two letters to your office, some how I
Recieved (2 Responses), (Both Responses were
the exact same.) Someone, some way, somehow,
either by mistake, by error or deliberately
changed, so I could not see the courts decisions,
My brother - in - Law Ralph Smith - is a post - master
general in Connecticut do you think I should
have him check on all mail of mine??

Next Page ⟶

copy - 2

Michael Maslar 11472-014
Case # 3:02- CR- 202- CFD

Page 2 of 3
page - 2

Office of the Clerk
450 main street
Hartford, Conn. 06103

5. The Judge C. Droney & prosecutor declared I am
indigent and I was appointed - Terence Ward
public defender to help me in my defense. The
last time I heard from him was March 2003.
I did not get any letter from him since then.
If he wrote, I did not get it at all.
I have no help at all, except from certain inmates.

6. Now comes plaintiff, Michael Maslar 11472-014
At
U.S. medical Center for Federal Prisoners
I am in need of a Public Defender right now.
I have no choice, but to begin as Pro-Se
without a court appointed counsil. I am
Requesting an informal review of the Trial court
Records, by writ of Certiorai as an indigent inmate,
at this institution in forum pauperis, Please
send me the Transcripts needed, of the last
3 times in court.

8. My mail is being opened illegally please hold
original copies - should my legal Responses be
tampered with. Maybe that is why someone
Zeroyed the same letter response twice,
so I would not see the true court Response's.

Next Page ⟶

copy - 2

28 € 2255

Michael Mashar 11472-014
Case # 3:02-CR-202-CFD                    Page-3 of 3
                                                         page - 3

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

9. Someone told me, maybe you are also
eligable for a 5K1 motion, downward departure
because of your physical Issues, Listed below.

   A.) Parkinsons - I had for 24 years
   B.) Dyskinesia - I had for about 1 year
   C.) Alzheimers - has been on and off for
        about 3 years. That is Frightening.
   D.) Acid Reflux - hiatte hernia
   E) hyperthyroidism

                    Respectfully

                    Michael Mashar
                    11472-014
                    case # 3:02-CR-202-CFD

Please Reverse sentence

Copy -2