Michael Mashar  11472-014
Case # 3:02-CR-202-CFD

Page - 1 of 3
Page - 1

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

RECEIVED

JUL 05 2006

U.S. DISTRICT COURT
HARTFORD, CONN.

1. I sent 2 letters to the U.S. District Court the 1st letter was to declare I was enhanced into an illegal sentence, with the New Law - Old Law. Under the New Law - 4 Volume, 4.2.2., 4.2.1, 4.1.1 the meaning goes on to say, any charges that are 15 years or older cannot be used to enhance any sentence, And there is more, I do not have a copy to share of the New 4-Volume Law. 4.2.2, 4.2.1, 4.1.1

2. Yes I sent 2 letters to U.S. District Court at 450 main st., Hartford, Conn. 06103

3. I mentioned I would file 28 § 2255 and soon reveal under Law 4-Volume, 4.2.2, 4.2.1 and, 4.1.1. my belief is that I was enhanced.

4. I sent Two letters to your office, somehow I Recieved 2 responses. Both responses were the exact same. Someone, someway, somehow either by mistake, by error or deliberately changed so I could not see the courts decisions. My brother-in Law - Ralph Smith is an post master general in Connecticut do you think I should have him Check Next Page →
copy - on all mail of mine ??

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

5. The Judge C. Droney & prosecution declared
I am indigent and I was appointed
Terence Ward - Public Defender to help me
in my defense. The last time I heard
from him was March 2003. I did not
get any letter from him since then.
If he wrote, I did not get it at all.
I have no help at all, except from certain inmates.

6. Now comes plaintiff, Michael Mashar 11472-014
              AT
7. U.S. Medical Center for Federal Prisoners
I am in need of a Public Defender Right now.
I have no choice but to begin as Pro-Se without
a court appointed counsil. I am requesting an
In formal Review, of the trial court records,
by writ of certiorai as an indigent inmate,
at this institution in Forum-pauperis. Please
send me the transcripts needed, of the last
3 times in court.

8. My mail is being opened illegally - please
Hold original copies ~ should my Legal
Responses be tampered with. Maybe that is
Why someone Zeroxed the same letter response
twice so I would not see the Next Page →
true court Response, COPY-1),

Michael Maslar  11472-014
case # 3:02 - CR - 202 - CFD

Page - 3 of 3
Page - 3

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

9. Someone told me, maybe you are also eligable for a 5 k 1 motion down ward departure because of your physical issues.  Listed below,

A.) Parkinson's  I had for 24 years
B.) Dyskinesia  I had for about 1 year
C.) Alzheimer's - has been on and off for about 3 years. That is Frightening.
D.) Acid Reflux - hiattle hernia
E.) hyperthyroidism

Respectfully,

Michael Maslar
11472 - 014
Case # 3:02 - CR - 202 - CFD

COPY 1