28 § 2255

VS.

Michael Mashar 11472-014
Case # 3:02-CR-202-CFD

Pages 1 of 3
Page -1.

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

2006 JUL 10 A 10:30

1. I sent 2 letters to the US. District Court the First letter was to declare I was enhanced into an illegal sentence, with the new laws - old Laws. Under the new Law - 4 Volume, 4.2.2, 4.2.1, and 4.1.1 the meaning goes on to say. any charges that are 15 years or older cannot be used to enhance any sentence. And there is more, I do not have a copy to share of the new 4 Volume Law. 4.2.2, 4.2.1, 4.1.1

2. Yes I sent 2 letters to US. District Court at 450 main street, Hartford, Conn. 06103

3. I mentioned I would file 28 § 2255 and Soon Reveal under Law 4 Volume 4.2.2, 4.2.1, 4.1.1, My belief is That I was enhanced.

4. I sent two letters to your office, some how I Recieved 2 Responses, Both Responses were the exact same. Someone, some way, somehow, either by mistake, by error or deliberately changed, so I could not see the courts decisions, My brother-in-law Ralph Smith - is a post-master general in Connecticut, do you think I should have him check on all mail of mine??

COPY - 2

Next Page →

28 § 2255 — UNITED STATES DISTRICT COURT — June 27, 2006

Vs.

Michael Maslar 11472-014
Case # 3:02-CR-202-CFD

Office of the Clerk
450 main Street
Hartford, Conn. 06103

5. The Judge C. Droney & prosecutor declared I am indigent and I was appointed - Terence Ward public defender to help me in my defense. The last time I heard from him was March 2003. I did not get any letter from him since then. If he wrote, I did not get it at all. I have no help at all, except from certain inmates,

6. Now comes plaintiff, Michael Maslar 11472-014 At

7. U.S. medical Center for Federal Prisoners I am in need of a Public Defender right now. I have no choice, but to begin as Pro-Se without a court appointed council. I am requesting an informal review of the Trial Court records, by writ of Certiorai as an indigent inmate, at this institution in forum pauperis. Please send me the Transcripts needed, of the Last 3 times in court.

8. My mail is being opened illegally please hold original copies - should my Legal responses be tampered with. Maybe that is why someone Zeroxed the same letter response twice, so I would not see the true court Response's.

copy - 2.

Next Page →

28 2255

Michael Mashar 11472-014
Case # 3:02-CR-202-CFD

Office of the Clerk
450 Main Street
Hartford, Conn. 06103

9. Someone told me, maybe you are also eligable for a 5K1 motion, downward departure because of your physical Issues. Listed below. If you only have a little time left to Live.

A.) Parkinsons - I had for 24 years
B.) Dyskinesia - I had for about 1 year
C.) ALzheimers - has been on and off for about 3 years. That is Frightening.
D.) Acid Reflux - hiatte hernia
E) hyperthyroidism

Respectfully

Michael Mashar
11472-014
case # 3:02-CR-202-CFD

Please Reverse sentence

copy - 2