Michael Maslar 11472-014 — July 24, 2006
Bruce Maslar
Neil Ivers "Lawyer"
Judge - Christopher F. Droney

RECEIVED 2006 JUL 31 A 10:59 CHAMBERS CHRISTOPHER F. DRONEY U.S. DISTRICT JUDGE

Case # 3.02-CR-202-CFD

Page 1 of 3
Page - 1

Judge - Christopher F. Droney

① The sentence is imposed pursuant to the Sentencing Reform Act of 1984 Title & Section 18 U.S.C. section 2113 (A) Bank Robbery - <u>Note</u> - count 1, 165 months March 14, 2003, plus - double jeopardy & enhancement found in 18 U.S.C. section 2113 (A)

② January 2006 - New Law - <u>U.S. Supreme Court</u> Blakely Law and enhancement. Any sentence over 15 years old, cannot be attached to another crime as enhancement & double jepardy. New Law over old Law 4 Volume, 4.2.2, 4.2.1, 4.1.1.

③ In 3-14-2003, I was enhanced by a Law 20 years old. Act of 1984 <u>Above</u> - 18 - section 2113 (A)

④ The New Law book, a lawyer would have. The lawyer is to look at 4 Volume 4.2.2, 4.2.1, 4.1.1 to see and clearly understand, the New enhancement Law. I believe, this is part of the blakely law.

⑤ I Michael Maslar 11472-014 am requesting a reversal or downward departure to Relieve me of my illegal sentence

Respectfully
Michael Maslar
11472-014
Case # 3.02-CR-202-CFD
Next Page →

Michael Maslar 11472-014    July 24, 2006
Bruce Pastre
Noib Ivers "Lawyer"
Judge - Christopher F. Droney
Case - 3.02-CR-202-CFD

Page - 2 of 3
Page 2

Judge - Christopher F. Droney

1.) There seems to be a problem and or someone persistantly trying to stop my Release.

2.) I am Requesting the court to "expunge" all of my case, a downward departure or a Reversal. To steer me clear of all, this will enable Michael Maslar the best chance possible, to live a nice pleasent Life.

3.) No parole, No probation, and if necessary to see a psychologist on a regular basis. To ensure Michael Maslar will remain on a positive direction.

4.) Thank you, to the Judge and court, for your time and concern.

5.) Notice - Attachment sheet, Judgement sheet, Case # 3.02-CR-202-CFD

Respectfully
Michael Maslar
11472-014

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.

**MICHAEL MASLAR**
72 Scenic View Drive
Deep River, CT 06417
SSN: 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          DOB: March 25, 1956

CASE NO. 3:02CR202 (CFD)

STEPHEN REYNOLDS, Assistant U.S. Attorney

TERENCE S. WARD, Defendant's Attorney

The defendant pled guilty to count 1 of the indictment. Accordingly, the defendant is adjudged guilty of count 1, which involves the following offense:

Title & Section: **18 U.S.C. Section 2113(a)**          Count: 1
Nature of Offense: **Bank Robbery**
Date Offense Concluded: **September 11, 2001**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **165 months**. Upon release from custody, the defendant shall be on supervised release for a term of **3 years**. Special Conditions of Supervised Release include: (1) the defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; and (2) the defendant is required to participate in a mental health program approved by the U.S. Probation Officer. The defendant shall also pay restitution in the amount of $4,200.00 as ordered in the Restitution Order entered on this date. The court recommends to the Bureau of Prisons: That the defendant serve his term of imprisonment at the Federal Correctional Institution in Allenwood at White Deer, Pennsylvania.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all restitution and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

Count 2 dismissed on the motion of the United States.

It is ordered that the defendant shall pay a Special Assessment of $100.00 for count 1 which shall be due immediately.

MARCH 14, 2003
Date of Imposition of Sentence

Christopher F. Droney, United States District Judge
Date: March 20, 2003

CERTIFIED AS A TRUE COPY
ON THIS DATE 3/27/03
Kevin F. Rowe, Clerk
BY: