Michael Maslar 11472-017
Bruce Maslar ← older brother
Neil Ivers ← Lawyer

August [...] 2002 6of 6

RECEIVED
AUG 17 2006
U.S. DISTRICT COURT
HARTFORD, CONN.

Page-1

To - U.S. District Court
    Judge - Christopher F. Droney
    Clerk of Court
    450 Main St.
    Hartford, Conn 06103

1. The Lawyer above is my older Brothers Atty. They help me a little Pro-Se. I really don't know, what to say or do.

2. I plead for mercy and release A.S.A.P. a reversal and or downward departure. with no parole or no probation.

3. Many wish to see me released. Can your court request me to be Transfered back to court to Hopefully Release me from court??

Thank you for all your help.

Respectfully
Michael Maslar
11472-014

Michael Maslar 11472-014     July 10, 2006
Bruce _____
Neil Ivers - "Lawyer" ← Brothers Lawyer
Judge - Christopher F. Droney     Page-1 of 3
Case # 3.02-CR-202-CFD     Page-1.
    save 4th copy

## Judge - Christopher F. Droney

1. The sentence is imposed pursuant to the sentencing Reform act of 1984. Title & section 18 U.S.C. Section 2113 (A) Bank Robbery - Note - 1 count, 165 months March 14, 2003, plus - double jeopardy & enhancement found in 18 U.S.C. Section 2113 (A)

2. January 2006 - New Law - <u>U.S. Supreme Court</u> Blakely Law and enhancement. Any sentence over 15 years old, cannot be attached to another crime as enhancement & double jeopardy. New Law over old Law. 4 Volume, 4.2.2, 4.2.1, 4.1.1.

3. In 3-14-2003, I was enhanced by a Law 20 years old. Act of 1984 <u>above</u> - 18 - section 2113 (A)

4. The new Law Book, a Lawyer would have. The Lawyer is to look at 4 Volume, 4.2.2, 4.2.1, 4.1.1 to see and clearly understand, the new enhancement Law. I believe, this is <u>part of</u> <u>Blakely Law</u>.

5. I Michael Maslar 11472-014 am Requesting - Reversal and or downward departure to relieve me of my illegal sentence.

Michael Maslar
11472-014
case # 3.02-CR-202-CFD
Next Page →

Michael Mashar 11472-014 — July 10, 2006
Brace: Mashar
Neil Ivers - "Lawyer"
Judge - Christopher F. Droney
Case # 3.02-CR-202-CFD

Page - 2 of 3
Page - 2

## Judge - Christopher F. Droney

6. There seems to be a problem and or someone, persistantly trying to stop my release.

7. I am requesting the court to "expunge" all of my case, a downward departure or a reversal. To steer me clear of all, this will enable Michael Mashar the best chance possible, to live a nice pleasent life.

8. No parole, No probation, and if necessary to see a psychologist on a regular basis. To ensure Michael Mashar will remain on a positive direction.

9. Thank you to the Judge and court, for your time and concern.

10. Notice - Attachment sheet, Judgement sheet, Case # - ~~#~~ - 3.02-CR-202-CFD

Respectfully

Michael Mashar
11472 - 014

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.

**MICHAEL MASLAR**
72 Scenic View Drive
Deep River, CT 06417
SSN: 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          DOB: March 25, 1956

CASE NO. 3:02CR202 (CFD)

STEPHEN REYNOLDS, Assistant U.S. Attorney

TERENCE S. WARD, Defendant's Attorney

The defendant pled guilty to count 1 of the indictment. Accordingly, the defendant is adjudged guilty of count 1, which involves the following offense:

Title & Section: 18 U.S.C. Section 2113(a)          Count: 1
Nature of Offense: Bank Robbery
Date Offense Concluded: September 11, 2001

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **165 months**. Upon release from custody, the defendant shall be on supervised release for a term of **3 years**. Special Conditions of Supervised Release include: (1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; and (2) the defendant is required to participate in a mental health program approved by the U.S. Probation Officer. The defendant shall also pay restitution in the amount of $4,200.00 as ordered in the Restitution Order entered on this date. The court recommends to the Bureau of Prisons: That the defendant serve his term of imprisonment at the Federal Correctional Institution in Allenwood at White Deer, Pennsylvania.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all restitution and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

Count 2 dismissed on the motion of the United States.

It is ordered that the defendant shall pay a Special Assessment of $100.00 for count 1 which shall be due immediately.

MARCH 14, 2003
Date of Imposition of Sentence

Christopher F. Droney, United States District Judge
Date: March 20, 2003

CERTIFIED AS A TRUE COPY
ON THIS DATE 3/21/03
Kevin F. Rowe, Clerk
BY: