September 5, 2006
02CR202 cf 9

RECEIVED
SEP 2006
U.S. DISTRICT COURT
HARTFORD, CONN.

(Page - 1)

United States District Court
 Judge - Christopher F. Droney
Clerk of the Court
  450 Main Street
    Hartford, Conn. 06103

Clerk of Court; Attn. 3:02 - CR - 202 - CFD

   I was at Springfield, Missouri and I wrote because, I don't have a lawyer at all. My brother and his lawyer look at the mail I ask them to hold for me.
   If your office remembers, I noticed New Law over old Law — enhancement & Jeopardy Double Jeopardy & enhancement — New Law is in 4-Volume, 4.2.2, 4.2.1, 4.1.1  It was my hope that, the court could clearly see to help me. Would be a nice act of the court, to give me a reversal of my illegal sentence and or a downward departure with no parole or no probation.
When I was at Springfield, Missouri I recieved two letters in May & June 11th — I wrote 7 letters, to the Clerk of the Court, I wonder can you tell me — did you get these letters?? The last letter I got from the Clerk was almost 90 days ago.
   I thought many times, other letters were mailed to me but someone at Turn to →

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page-2

Clerk of Court; Attn. 3:02-CR-202-CFD

Can you help me please, can you help me.
My brother is → Bruce Maslar ← Brother
189 David Road
Durham, Conn. 06422

The last letter I got was June 11, 2006
Did anyone send me mail from June 11, 2006
to now??? I never got it... Being Pro-se
What do I do now???

Can you write me and send a copy to
my brother. This way if someone is
stopping me from getting my mail to stop
me from getting out — at least I will know
the truth.

Please help me so I know where
I stand and I will know what to do.

Thank you for your time.

Respectfully

Michael Maslar
11472-014
SHU B-203