Michael Maslar 11472-014

August 18, 2006

let 8

3-pages
Page-1.

To - Judge Christopher F. Droney
United States of America
vs.
Michael R. Maslar

2006 AUG 28 P 3:56

1) My case number was 3.02-CR-202-CFD
2) I was sentenced to 165 months, <u>with Note</u>, for bank robbery.
3) My sentence was imposed pursuant to the sentenceing reform act of 1984
4) Title & Section: 18 USC. - Section 2113 (A)
5) I was enhanced with Double jeopardy to put me in catagory-6
6) This was a discovery with 2006 "<u>New Law</u>" that <u>new law</u> came out in Jan. 2006 — by <u>The United States Supreme Court</u> 4 Volume, 4.2.2. & 4.2.1 & 4.1.1 which is blaksley and new law or also New Law-over old Law.
7) With this 2006 New Law over Old Law, its <u>not</u> legal to be enhanced with double jeopardy from a case 15 years old or older than 15 years old.
8) It's very clear, my enhancement & Double Jeopardy came from a 20 year old sentence.
9) To my understanding, an older woman told me, "under the New Law, I am eligible for a reversal & or a downward departure to go home with no parole or no probation, free."
10) I am Pro-se, My public defender - Terence Ward will not help me, then he said, "Do you have any money??"
11) I am pro-se, I have nothing at all and no help at all, from anyone.

12) I am pleading with everyone at the court to please help me with my reversal, downward departure or release. Thank you all for your time

Respectfully
Michael Maslar

Michael Mashar 11472-014 August 18, 2006
Bruce Mashar — older brother
Case 3:02-cr-00202-CFD   Document 32   Filed 09/15/2006   Page 2 of 3

3-pages
Page -2

To- Clerk of the Court
450 Main Street
Hartford, Conn. 06103

1) I got letter's from your office, 2 letters.

2) They say in red letters - "Legal mail - open in the presence of prisoner." Here they have opened my mail, before I got it.

3) Someone is opening my mail, when mine goes out and when it comes in. Someone is trying to steer me away from going home. I don't know why?? Or they don't want me to know, when I'm going home.

4) Can you please, send response's to me, and the copy to my brother also — then they cannot tamper with my mail. I will also have him call. Thank You!

Bruce Mashar
189 David Road
Durham, Conn. 06422

5) My last letter I got from you was on Friday 60 days ago June 9, 2006

Respectfully
Michael Mashar
11472-014

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.

**MICHAEL MASLAR**
72 Scenic View Drive
Deep River, CT 06417
SSN: 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        DOB: **March 25, 1956**

CASE NO. 3:02CR202 (CFD)

STEPHEN REYNOLDS, Assistant U.S. Attorney

TERENCE S. WARD, Defendant's Attorney

The defendant pled guilty to count 1 of the indictment. Accordingly, the defendant is adjudged guilty of count 1, which involves the following offense:

Title & Section: **18 U.S.C. Section 2113(a)**            Count: 1
Nature of Offense: **Bank Robbery**
Date Offense Concluded: **September 11, 2001**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **165 months**. Upon release from custody, the defendant shall be on supervised release for a term of **3 years**. Special Conditions of Supervised Release include: (1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Officer; and (2) the defendant is required to participate in a mental health program approved by the U.S. Probation Officer. The defendant shall also pay restitution in the amount of $4,200.00 as ordered in the Restitution Order entered on this date. The court recommends to the Bureau of Prisons: That the defendant serve his term of imprisonment at the Federal Correctional Institution in Allenwood at White Deer, Pennsylvania.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all restitution and special assessments imposed by this judgment are fully paid.

In addition to the special conditions of supervised release imposed above, it is hereby ordered that the conditions of supervised release set out on the reverse side are imposed.

Count 2 dismissed on the motion of the United States.

It is ordered that the defendant shall pay a Special Assessment of $100.00 for count 1 which shall be due immediately.

MARCH 14, 2003
Date of Imposition of Sentence

Christopher F. Droney, United States District Judge
Date: March 20, 2003

CERTIFIED AS A TRUE COPY
ON THIS DATE 3/21/03
Kevin F. Rowe, Clerk
BY: