United States District Court
Judge - Christopher F. Downey
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Vs.

Michael Maslar 3:02-CR-202-CFD
#11472-014

FILED Page 1
2006 SEP 15 A 11:46
DISTRICT COURT

Sometimes things in life are unbelievable or some will say, that's impossible, no way. When I was sentenced by you, on March 14, 2003 I was sent to Springfield, Missouri where the Hospital is called "The Experimental Place" known by name at the Senate and U.S. Supreme Court.

While there, many prisoners asked me, to help find out why so many inmates on "Interferon" for Hepatitis-C were dying. Well your Honor I am the one and only "witness" and I am confident we have (over 200 serial murders). Some thought Sammy the Bull and John Gotti was bad. This Springfield, Missouri case is 10x worse than Sammy the Bull.

Your Honor, they were not letting most of my mail going out or coming to me. I did not have a lawyer then and (I don't have one now). I wrote to the F.B.I., my family called the F.B.I. and nothing ever happened. I needed to see someone with legal power, people were telling, I should write to 60 minutes or 20/20 to get exposure, and then some lawyers would call me to maybe represent me in court. And being the "main witness" would help the authorities. It was really frustrating, they were reading all my mail, and it's like they were playing stupid, taking my legal mail and regular mail - just shredding it or throwing it away. Turn Over →

United States District Court
To: Now - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

September 10, 2006

Page-2

Then here is an example, and proof. I needed a lawyer, to tell what is going on, how can I stop and help and get me out, They were threatening me several times to write a letter stating I would not sue or press charges against serial killers or they would kill me too. They killed hundreds so it would not be much to kill me also. I'm not crazy, sure I did stupid things in my life and I regret alot – but I am not crazy. They really threatened me, in many ways to kill me. (You'll see) So here is the only way, I could think of really getting help. I have my brother's lawyer hold on to some documents at his lawyer's office – "Ivers". I got those out in the mail in glass "ceramics".

I thought, if I write to the president of the United States, and threatened to harm or kill him. Then the Secret Service would come to talk to me, and then the F.B.I. they could tell and both the Secret Service and F.B.I. No one would know, cause I'd seal the envelope and it would go right to Mr Bush, So I wrote to Mr Bush - President and I threatened to kill him – I mailed it. You think that is something, listen to this The next day I wrote to Mr. Bush - President a 2nd letter telling him how sorry I was and I would never, could never harm him in any way at all – I did that to get the Secret Service to come to see me or the F.B.I. Words could never say, how sorry I am. I thought with both those letters, they would come to see me.

Next page →

United States District Court
Judge
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page - 3

I thought either the ② Secret Service or F.B.I. would come see me soon, → that was about 2 year ago. Along the way, I got some very bad threats from the male staff — Notice Below.

1) Crushed glass in my foods
2) Lysol in cottage cheese
3) Rashes and infections on skin
4) We could give Maslar a hot shot
5) I lost 52 pounds in about 80 days
6) RN. Blatz said to an Officer, "Maslar is not eating at all." The officer said "How do you know???" RN Blatz said, "If he was eating he would be dead."
7) A lot of male staff said, he knows to much we should kill him.
8) Officers said, we should put him to sleep with injections of something like Haldol — then give him injections of HIV, AIDS, M.S., Cancer and he would die a slow painful death. They said, Maslar has to sleep, we can stay on him, we are awake 3 shifts.

Your Honor, the staff told me they took both letters to Mr Bush — President and read them. I spent 10,000. hours studying this — I am 100% sure. I could help 100% but I need F.B.I. to help, Special Agents. Hopefully someone could get me out because there are to many threats on my life. We know staff has evil thoughts. This is all over percoset, morphine, Oxecotton — money, killing people for drugs.

9) Staff said, they should put me to sleep and cut up my entire face with razor blades.

Turn Over →

September 10, 2006

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page - 4

(10) We could cut maslar's hands and feet off.
(11) Or put him to sleep, then hang him as a suiside case, who's going to know.
(12) Staff threatened to kill me, kill cops to get to me, kill judges or prosecuters to get to me - if they feel I am a threat to them in any way whatsoever.
(13) One doctor put a hit out on me, it went from 50,000, 150,000, to 250,000. hoping an inmate would do it.

I may not know all the names of the staff or medical staff, but I can "I.d." everyone. If Your Honor or the chief of the F.B.I. Robert Mueller went to staff at Springfield, Missouri to ask questions - Believe me, they are witty and very good liers. The staff would not talk to you the same way as to me.

This is not even the tip of the Iceburg, I risked my life many, many, many times to help the F.B.I. and to stop the planned, plotted and premeditated murders. There simply is no way, I can do this alone. I have 10,000. hours studying this

We have paperwork - I gave my paperwork to my older brother - he gave them to his lawyer Neil Ivers" so they would be safe. I hope there is some way you could help, to Fax this to Robert Mueller chief F.B.I. Maybe send me his address - I don't know how much longer I will be alive - the threats are bad - and they say I am crazy or imagining things to make them look good

Next Page →

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

(Page - 5)

(15) Your Honor, Now you will see how serious this is. - One night 6 officers came in my cell at 2:05 AM one said, "You see this blanket and the claw hammer. One night I will put this blanket over your face, and he will hit you in the face, with the claw hammer 20 times. - If you can Live through that, - then you can talk to everyone." I need help, to move me somewhere safe, now.

I think I may not be very bright, but it sure seems it's time, I need help from the F.B.I., change my name, my number, my address Protective custody as of now + put me somewhere with protective custody until case is over. Things must become very secret, there are leaks I can prove it.

Here is another part, there are 3 RNs, PAs, doctor 15 to 20 who said to me, "they would help in court to testify in my behalf for immunity". If 5 are willing, it would be nice. To prove what I say is true.

Please help me.
I got pains mentally, I am very afraid, I fear they will kill me - or someone will do it (kill me) for them.

Michael Maslar  3:02-CR-202-CFD
#11472-014

Turn Over →

United States District Court
Judge ~~Christopher F. Dukey~~
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

September 10, 2006

RECEIVED
SEP 15 2006
U.S. DISTRICT COURT
HARTFORD, CONN.

Page-6

Your Honor

I wrote the court when I was at Springfield, Missouri - I wrote 8 letters to your court. In the beginning it was April and June your court responded - I got the exact same letter in April and June - 11th, 2006. I did not understand at all, for 90 days I did not get anything at all - Nothing that 6 other letters, I did not get any letter at all from the court. And the Springfield, Missouri Mail office open my letters without me being there. Can someone at the court help me understands what is going on.

Michael Maslar #11472-014

My case # is 3:02-CR-202-CFD  I was sentenced on March 14, 2003 (I was enhanced - By 18 U.S.C. 2113 (A)  Double Jeopardy)
My sentence came Persuant to reform act of 1984
    New Law is
4- Volume 4.2.2, 4.2.1, 4.1.1,
Its New Law over old - could be blaksley past
    Your Honor
I don't know enough, to go any farther as Pro-se
My situation is I need help.

Can your office send any responses, to my older Brother and to me so I can see what happened
Bruce Maslar
189 David Road
Durham, Conn. 06422

Respectfully
Michael Maslar
11472-014