September 19, 2006

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

02CR202(et)

Please ↓

Please → Fax a copy to (F.B.I. Chief (Robert Mueller) or Special Agent.

Page - 1

vs.

Michael Maslar   3:02-CR-202-CFD
#1472-014      They keep transferring me everywhere
Your Honor

Sometimes things in life are unbelievable (sp.) or some will say, "That's impossible, no way." When I was sentenced by you, on March 14, 2003 I was sent to Springfield, Missouri, where the Hospital is called "The Experimental Place" known by name at the senate and U.S. Supreme Court.

While there, many prisoners asked me, to help find out why so many inmates on "Interferon" for Hepatitis-C were (dieing). Well your Honor, I am the one and only "witness" and I am confident we have (over 200 serial murders). Some thought Sammy the bull and John Gotti was bad. This Springfield, Missouri case is 10x worse than Sammy the bull.

Your Honor, they were not letting most of my mail going out or coming in to me. I did not have a lawyer then and (I don't have one now). I wrote to the F.B.I., my family called the F.B.I. Nothing ever happened. I needed to see someone with legal power, people were telling me, I should write to (60 minutes) or (20/20) to get exposure, and then some lawyers would call me to maybe represent me in court, and being the "main witness" would help the authorities.
                                    TURN OVER →

United States District Court September 16, 2006
Judge - Christopher F. Droney
Clerk of the court
450 Main Street
Hartford, Conn. 06103

Page - 2

It was really frustrating they were reading all my mail - and its like they were playing stupid - taking my legal mail and regular mail - just shreading it or throwing it away???

Then here is an example, and proof. I needed a lawyer, to tell what is going on, how I can help stop, and get me out, because they were threatening me, in many ways, to kill me. So here is the only, only, way I could think of really getting help. I have my brother's lawyer holding on to some documents at his lawyers office - "Ivers" I got those out in the mail, in glass "ceramic's"

I thought, if I write to the President of the United States, and threatened to harm or kill him, then the Secret Service would come to talk to me, and then the F.B.I., they could tell and both the Secret Service and F.B.I. No one would know cause I sealed the envelope

So I wrote Mr Bush - President and I threatened to kill him - I mailed it. You think that is something, - listen to this. The next day I wrote to Mr. Bush - President a 2nd letter telling him how sorry I was and I would never, could never harm him in any way at all - I did that to get the Secret Service to come see me or the F.B.I., words could never say how sorry I am. So then I thought, with both those letters, they would come to see me, - soon!!! That was about 2 years ago. I waited & waited and then the threats

Next Page →

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

September 10, 2006

Page - 3

started to come from a lot of male officers - they were serious threats from officer for about 2 years, below are some of the threats I got from male staff and how they threatened me; a bf

1) Crushed glass in my foods, looked like glitter. Really happened
2) Lysol in cottage cheese
3) Rashes & infections on skin
4) We could give Maslar a hot shot
5) I lost 52 Pounds in about 80 days
6) R.N. Blatz said to an Officer, "Maslar is not eating at all." The officer said "How do you know??" R.N. Blatz said "If he was eating he would be dead."
7) A lot of male staff said, we must kill him he knows to much
8) Officer's said, we should put him to sleep with injections of something like Haldol and then as he sleeps give him injections of AIDS, M.S. & terminal cancer, so he would die a slow painful death. Maslar will die. he has to go to sleep & we are here 3 shifts.

    Your Honor, they told me they took both letters to Mr. Bush - President and read them, there is so much to this - I spent 10,000 hours studying this - I am 100% sure, I know how to win the case in court with over 200 serial murders, and about 80 to 106 accomplice's. I can't lie, it will be a lot easier, to have help from the F.B.I. Special Agents. And hopefully find a way to release me, before they can kill me here, and making it look like an accident.
9) The male staff said, we should put him to sleep with a shot, then cut his entire face with razor blades

TURN OVER →

United States District Court
Judge - Christopher Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

September 10, 2006

Page - 4

10) We could cut Maslar's hands and feet off.
11) Or put him to sleep, then hang him as a suiside case, who's going to know???
12) Staff threatened to kill me, kill cops to get to me, kill Judges or prosecuters to get to me, if they feel I Am a threat, in any way whatsoever.
13) One doctor put a hit out on me, it went from 50,000. 150,000. and 250,000. hoping an inmate would do it.
14) The staff tried every way, to have an inmate kill me, so the staff would not look bad - This is only part, Or look like they were to Blame somewhat.

If your Honor or the chief of F.B.I. Robert Mueller came to ask the staff at springfield Questions, — believe me, they are witty and very good liers. — If you ever asked Questions, without me being there, — the staff members, would not say much — unless I was there ... with me there, they would say they're scared ... This is just the tip of the Iceburg. (10,000. hour studying.)
Its hard to believe Reality can be like this sometimes.
We have paperwork, I gave to my brother and he gave it to his "Lawyer - Neil Ivers." I don't have money for a lawyer. (I hope there is some way, you could help) (Fax this to the F.B.I. chief Robert Mueller and maybe he can send some special agents, to see me, Right away or A.S.A.P. - They keep transfering me.
Hopefully, we can talk to Mr Henry Lee, DNA Master forsenics, to join our side, and we can settle this all soon,   Next Place →

United States District Court       September 10, 2006

T.l.— — J.l.—es A. —orney,
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page-5

Your Honor;

Now you will see how serious this is, one night 6 officers came into my cell at 2:05 AM. One Officer said, " You see this blanket and the claw hammer, one night I will put this blanket on your face, and he will hit you in the face with this claw hammer 20 times. If you can talk then, by God go ahead" Keep your mouth shut,

I realize, I may not be that bright. But it sure seems like its time, that I need help now, to transfer somewhere, change my name, number, address, and protective custody. Protective custody here, is not real protective custody. If there is a riot, the reality is, I would be killed.

Here is another part, there are several medical hospital staff that are willing to help me in court 15 to 20 of them who said to me," they'd help me in court to testify in my behalf for immunity" It's up to the authorities, to decide who gets immunity.

I wrote to the court, when I was at Springfield, Missouri. I wrote 8 letters to Your Honor, In April & I got a response. I also wrote in early June - & I got the exact same letter as the 1st response from in April, both letters were opened before I recieved them. From June 11th to today Sept 11, 2006 (90) days NO Response. from June to NOW, I did Not get anything at all from the court, Nothing !!! I am Not a Lawyer, I do not have a Lawyer - I am Pro-se and I don't Know what to do. Can the clerk explain Please! TURN OVER →

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

September 10, 2006

Page - 6

Your Honor;

When any human walks in or see's this kind of crimes, even I did not know what to think. I really thought, many people would think I was a total nut, out of my mind, the kind of sick person who needs a psychologist, because a person can sound like, he is off the wall or off the hook. like someone is beyond reach or completely gone. and your 100% Maslar is sick mentally a kooky personality. But what if I am 100% Right. Then staff comes to testify, and it now reveals, (I am right) & (I am not sick) or off the wall or the lights are off and no one is home.

I am only, "the main witness" I do not make legal decisions. I just would be thankful for any agency, that would help me. We are dealing with, the best liers that exist. And there trying to make me look sick.

What if the jury says they are all guilty ???

Please help!
Respectfully
Michael Maslar
11472-014

Now the Registered nurse's say often; they don't know who to trust, they say - "Maslar uncovered unvailed everything - so we can't sell to anyone". The RN's let many know its my fault, when it was not my fault.

Staff & Team's say, be good for 1 year to 18 month, and will transfer you to a good place. During my 33 years in prison "State & Federal, I think I had just 4 shots in all 33 years. I really did my best to be good. 4 disciplinary tickets in all 33 years.

United States District Court
Judge — Chatigny
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page - 7

Your Honor

Almost 3 years ago, some inmates told me. "Maslar this guy I knew, from the street, he had at least 20 years to live — with a wife and 5 kids and they wondered why he died from Interferon treatment pegasys & rebravirin." The kids kept saying when is Daddy coming home??? He died at Springfield along with hundreds of unbelievable deaths.

I tried to find out what was going on — then they put me on "Interferon - pegasys & Rebravirin" for liver. Well after 2000 hours of trying to find out whats going on - I almost gave up. But that night, I was standing behind a door. A RN. Registared Nurse came to talk to the officer I listened and she said, "How did Maslar find out everything"??? "No one said anything at all." Then the office said "He has a brain!" And from that moment I never gave up. I know her name and what she looks like — I also know what every one involved looks like — About 100 involved. Please send Robert Mueller F.B.I. Chief or special agents. Please help.

Those involved plotted, planned & premeditated everything from beginning to end. Certain nurse's & staff said they would testify for immunity... They will help for me, from the last time I talked. Please fax this to F.B.I.

Respectfully
Michael Maslar

Michael Maslar 11472-014
3:02-cr-202-CFD