So ordered.

The Clerk is ordered to docket this correspondence and mail a copy to Assistant Federal Defender Terrence Ward.

Christopher F. Droney
United States District Judge
10/6/06

To - Clerk of the Court

It's my intention, to say as strongly as possible — **Thank You!** for helping me. I just was able to call my brother, he also appreciates assistance from the court.

These pages enclosed, have gotten in the way of many things. Maybe after you read this 14 pages you would understand, why All my mail was being tampered with.

I will mail another letter to the court — For Terence Ward — I do not have his address. Maybe you could communicate, with Terence Ward and give him a copy of these 14 page's. I would offer 1/3 for his assistance — out of court settlement with the help of Terence Ward — maybe we could all benefit from his help, from this 14 page case.

I need him to help me with the 55 — Please have him write A.S.A.P. I am with Parkinsons, Alzheimers & Dyskinesia suffer physically and mentally. I need help.

Thank you

United States District Court
Judge - Christopher F. Droney

Page - 1 of 14
Page - 1

Your Honor;

    Sometimes in life people steer a person in another direction, so they will not see or find out what is really going on. So someone can lie so good, that its really easy for them to make you believe, the lie, easier than the truth. Its like your part of the plan, to get people to go in the wrong direction, to cause a diversion, by lieing so good to steer you all away, from the truth.

    There are indeed some sick people in life, in the world we all lives in together. Somethings in life take time, for me to figure out, I mean the whole "story", from beginning to end, to end. Here are some of the people in life that my impression is, They are very sick, very sick.
(1.) Jeffery Dahmer,  (2.) Jack Kevorkian
(3.) Sammy the bull  (4.) Terry Nichols and
(5.) Timothy McVeigh.   And there are several in Springfield, Missouri, that are very sick indeed. There are many in life, that are very sick. Not everyone gets caught, for what they do. Sometimes people will go through alot, to lead other's to think, there is nothing wrong. Many People at Springfield, Missouri, known as "the experimental Place". Many inmates have asked me in 2003, to see if I could find out why, so many inmates are dieing from a treatment that is suppose to make you live longer. It's strange why was I chosen to see if, I could find out why alot were dieing ??.

→ Turn Over

United States District Court                              Page-2 of 14
Judge - Christopher F. Droney                             Page-2

As time went by, I did indeed find out many things, maybe they should be heard in court. The only way for all of this to work, it would take several criminally minded and sick minded people for it to work. I call it, the "Link System". There are many accomplices, and many involved in as conspiritors. Possibly over 100!

Its easy to realize, there are so many ways to do this. But even I said to myself, no way - its just not true - its impossible.

After about 2000 hours researching, I thought I am not gonna waste anymore time, there is nothing to these accusation's. Then a R.N. - Registard Nurse came upstairs, her name is Goldenburg - "Red Hair", about 29 years old. She went in the office to see Mr. Martin - staff security. So I decided to stand behind the door, and listen to what they say. Ms. Goldenburg said, "how did Maslar find out?" Nobody said anything at all - wait until he finds out, how many accomplice's there are." Then Officer Martin said to her, "Maslar is indeed smart, with a brain."

Everyone may notice, everything in this scam is very well plotted, planned and premeditated. So no one, would ever get caught. From 2003 to 2006, I have spent about 10,000 hours, maybe a little more time than that, Looking for any lies or violations or different patterns.

NEXT PAGE →

United States District Court                              Page - 3 of 14
Judge - Christopher F. Droney                             Page - 3

Your Honor

People who read about this may laugh and say, No way - this is impossible - someone is joking and or playing games or making all of this up. This is very Real and wait till you see everything about it, it takes curves and turns, with Real crazy demented minds and ways. Now I will try to give you some of the pieces of the puzzle. So you can get to see some of the movie - the way things really happened. Most of the dates on documents are altered.

Not only that, I went to see a Neurologist, he came from the streets. Dr. Thomas Habiger - Neurologist and Dr. Hare were both together - 2 times. About 3 months after the examination, I put in a request for a copy of the examination, to find out how my parkinsons is doing. I've had Parkinsons for about 24 years, and 24 years of treatment - Artane 5mg. 3x Day The lady in charge of Records was Ms. Maples. She sent my request back to me with her answer on it which said "Mr Maslar, there is no record of you ever seeing a Neurologist here."

So I wrote to the <u>Freedom of information act</u>, Requesting permission by law to get copies of all Medical Records. And I got permission granted. The Neurologist examination said "Mr Maslar has mild Dyskinesia with parkinsons symptoms."

TURN OVER →

Michael Maslar 11472-014                                    September 30, 2006

United States District Court                                Page - 4 of 14
Judge - Christopher F. Droney                               Page - 4

    Before I came to Springfield, Missouri, I had an examination by Devens, Mass. a Doctor came from Devens, to Wyatt, R.I. The exam was "Mr Maslar has Parkinsons in both exams, she did - she was 100% sure." Then I saw Springfield, Missouri 4-5 months later - 2003 and Springfield said -"Mild Dyskinesia with Parkinesons. Symptoms." 1 year later, I saw 3 Neurologists who all felt at Springfield I have severe - Dyskinesia and they noted - Pharmacuitical Management Suggested." Then my doctor - Dr. Choudhury refused to treat me. No treatment by Pearson or Choudhury.

    I requested permission to talk to Medical Staff and security staff, Asst. Warden Keller, Captain-Baysinger gave me permission to talk to everyone. Soon - 6 months later, I found out or knew to much. Asst. Warden - Keller then said "Where would you like to transfer to??" then Captain - Baysinger said, "You'd be better off to throw away all that paperwork, and in place of it, read a good book you'll feel alot better." I found out the inmates that were getting "Interferon Pegasys & Rebravirin treatment for hepititis-c-gene-type-1-Cronic." Maybe over 124 - to - 200 had died from 2003 to 2006 - (3 years) the numbers are staggering serial Murders Next page →

United States District Court
Judge - Christopher F. Droney

Page - 5 of 14
page - 5

Your Honor;

I am sure Protective Custody is in my best interest or a good, good idea. Asst. Warden Keller wanted to transfer me to anywhere just to get rid of me. Months later, a lot of staff security began to threaten me, to scare me to death, here are some of the threats.

## "Threats"

1. They put crushed glass in my peas, looked like glitter.
2. My cottage cheese had lysol in it.
3. I got rashes & skin infections - something in the foods.
4. I decided I must be careful eating foods.
5. I lost about 52 lbs in 80 days, I really thought, some foods taste like poison.
6. Blatz R.N. said to the cop, "Maslar is not eating" the cop said "How do you know?" Blatz R.N. said, "If Maslar was eating, he would be dead by now."
7. Officer's said, "We should cut off his hands & feet & tongue to make him really suffer, in every way.

## "Remember"

Remember 20 to 30 interns, come there every year, and the male staff get involved, they date the girls, become friends, couples, live together, marry - have children and they become R N's Registered Nurse's who all get involved with the Interferon treatment. and they tell their man, I am making waves or causing problems for a lot of medical.   Turn over →

Michael Maslar 11492-014                                September 30, 2006

United States District Court                                    Page - 6 of 14
Judge - Christopher F. Droney                                   Page - 6
        YOUR HONOR;

8. "Georgina Ashlock Phd told everyone in an open letter Jan 10, 2005, Maslar said, he works for the C.I.A." An accusation, then she "Her & Elliott Counselor said, "I must leave Axis II for 3 or 4 months and make new friends - everyone thought I was a cop. How do I make friends when everyone thinks your a cop? ?? How on earth can I work for the C.I.A., when I have been in jail 33 years - ??? I am 50 years old now. Everyone in the U.S. probibly thinks I am a cop - Believe me word travels fast in the prison system.

9. The staff said, "my Mom & Dad died - its not true at all why would staff say such a statement? ??

10. There was word that Dr. Pearson M.D. put out a hit on me for 50,000 - then 150,000 to 250,000. it was verbal - just words accusations - maybe just a joke to keep scaring me. to get me to affraid to do anything at ahh.

11. The staff said "We could hang him and make it look like a suicide - to get rid of me. who'd know otherwise.

12. Dr. Choudhury M.D. told me - G. Aldridge told him that he gave Maslar the shot of Dyskinesia

13. Many Medical said, "we could give Maslar a hot shot"

14. They said, "Put Maslar to sleep and cut up his face with razor blades.

Next Page →

United States District Court
Judge - Christopher F. Droney

Page 7 of 14
Page 7.

Your Honor;

15. Officers Jenkins and Allen said, "They should give me shots HIV or AIDS" - Jenkins said to Allen "Its Already done." The tests show nothing at all - it was all a joke

16. One night 6 officers came into my cell, one watched the door, the other 5 stood by - one woke me up to say "If you keep talking about this - we will come back and he'll put the blanket over my head and that guy with the claw hammer, will hit you in the face 20 times with the claw hammer. If you can talk then, by God go ahead."

17. The Officer's felt, "They should use hot needles in eyes to stop my eyes from seeing anymore"

18. Some of the Officers said, "If we must, they would kill Prosecutor's, cops, Judges and certain staff if they testify, and kill alot to get to me - even my family."

19. Yes I do have fears, and I feel scared, But I will indeed go ahead with the truth.-

This is known as the experimental place They test everything and everybody. All along the way, there was a steady flow of all types of Pharmaceutical Drugs, and a steady flow of prisoners to kill also. The more inmates killed, the more drugs to get by stealing them.

Turn Over →

United States District Court
Judge - Christopher F. Droney

Page 8 of 14
Page 8

Your Honor

Registered Nurse's sit in the nurse's station all night, thousands of pills, and when a prisoner is getting ready to die, the nurse or Pa's order 2 or 3 refills on several pain pills. So when the prisoner dies - they take all pills left over. And if for some reason the prisoner does not die when the nurse's plan. Then they give him a hot shot, to speed things up. He will die early the nurse's make no mistakes. Most die from NON-Responsive Liver. When the prisoner dies - all involved and waiting for the pills celebrate when he dies, so they can get really high - he is not around to tell on them. They jump up and down for joy, it is indeed celebrating time, with drugs & not getting caught.

When I got to USP Atlanta, Ga. for my 1st time, about 1 year ago, they already knew "50% of what I know. Just like I said, alot of places know already". Hundreds of widows - with 3 to 5 children - There husbands were killed by nurse's for drugs. How do you think all of them feel ???

Blood Lab — they take blood from prisoner who very sick — then they take blood from a prisoner who okay. The good guy - his name goes on the very sick, so they show

NEXT PAGE →

United States District Court
Judge - Christopher F. Droney
3:02-CR-202-CFD

Page - 9 of 14
Page - 9

the good guy is very sick, no one knows the complete story except the blood lab, Pharmacy, and certain Registered Nurse's. It's planned & plotted all involved play a certain role, over & over, again & again - the Result is a dead person - died early of NON responsive liver - hot shot - over dose - it's made to look like NON-responsive liver death from desease. Must do DNA, which will Reveal serial Murders - you want the truth - blood DNA & certain Medical will testify for immunity.

Maybe this is the same with me, even my older brother said, "It sounds like they gave you the story to make you think you have many issues wrong. They say your gonna die to get the treatment they steal it - you got Bogus - Placebo's - and they make you look like your getting better - they keep another cycle free again - then it takes DNA to catch them at the game." Mr Lee - Forensic Master of DNA. 99.9% sure DNA blueprint fingerprint. Believe me they have more than 10 different scams going on all at the same time - almost every day. They do alot - and I can see why, it will take more than just my help. Everyone I hope see's, I am also asking for help, from the F.B.I. A.S.A.P. the Secret Service or the United States Marshalls. A.S.A.P.    Turn over →

United States District Court
Judge - Christopher F. Droney

Page - 10 of 14
Page - 10

Your Honor

Here is my impression of <u>Murder</u> & Serial Murder's. My impression is "Murder is done with Frenzy, its everything going out of control - 2 people arguing, then fighting with anger and 1 dies."
They kill the same way, because its a perfect killing To keep getting away with it.

Here is my impression of Serial Murders, it is also the exact way that the <u>Registered Nurse's</u> did the murders at Springfield, Missouri when I was at Springfield from 2003 to 2006 (3 years)

About 5 to 10 prisoner's <u>all at the same time</u> are in line to get Hepatitis-C treatment with Interferon - pegasys & Rebravirin. When Hepatitis-C - gen, Type-1 Cronic - is getting worse - the blood can indicate <u>ALt's over 150 to over 200</u> Requires treatment, and when the <u>biopsy of the Liver</u> - A <u>Viral Load</u> is 500,000 to 750,000. that can also Reveal, its a good time to get treatment. There are only 2 choice's
1.) you can take the treatment and watch the blood testing along the way, with the treatment, to see if your getting better or worse, with no guarantee's of living.
2. Or you can chose to not take the treatment <u>at all</u>, then chances are, you will die. Sometimes you could die early - sometimes in 10 to 15 years.
3.) Chances are you could be, (1 in 500) a carrier and survive. No matter what, the mind suffer's alot along the way - possibly messed up mentally <u>for life</u>. Next page →

United States District Court
Judge - Christopher F. Droney

Your Honor

Springfield, was testing all with Hepatitis-c. The place is called, "The experimental Place". They use to test 5 to 10 prisoners all at the same time, the tests showed, no one was watching at all, the concern was low, no caring. Results were written done -. the same thing kept happening - 10 die - 10 more came along and the same results - till they lost 30 to the treatment (years ago 5 years) along the way the Registered Nurse's noticed all the Treatments left over - pegasys, rebravirin, Oxecotton, Morphine, percoset, every kind of Antibotic left over — No one noticed, so All the RN's stold all of everything left over. As I came along in 2003 by 2004 I noticed everything cause I was starting treatment in Jan. 2004 so I was alert.

It was then I noticed, the RN's were planning, plotting and premeditating everything, all over money and drugs. — possibly selling body parts also. Each one almost all were noted as Non responsive Liver. It may take DNA to prove and varify — most of the deaths were from a (Hot shot) drugs to much or any to much of anything, to get the prisoner's TURN OVER →

United States District Court
Judge - Christopher F. Droney

Your Honor - it was all over, its sad "Drugs", If all witnesses RN's etc. are all honest, I'm sure, they would unvail how, and why all the prisoners died. This is some - come talk to me with the F.B.I. or you and a Friend. I can put almost the whole picture together for you. Maybe a few of the witnesses, with immunity.

Allow me 30 days, Freedom? and I am 110% sure, that many will tell all. I am sure I will be asked for book and movie rights. The Warden told HSA "to get a count of how many died like he claims." The Warden McFadden said "I don't want to go to court and be made a fool of cause he don't know what he is talking." About 11 days later the HSA came over to the Warden - McFadden and said "The count is 129 so far - and the warden said to HSA, Keep counting."

Then I talked to Dr. Choudhury M.D. and he said "Mike All 129 is not just Hepatitis-C, some were mixed with them, I said, about 80 to 90 were of Hepititis-C." Many staff know this is a serious matter, all over drugs and money.

Many officer's said, "If Maslar tells this is going to be very very bad for everyone who works here - staff and Medical. Next page →

Michael Maslar 11472-014     September 30, 2006
3:02-cr-202-CFD
Case 3:02-cr-00202-CFD    Document 35    Filed 10/06/2006    Page 14 of 15

United States District Court     Page - 13 of 14
Judge - Christopher F. Droney     Page - 13
    Your Honor

Below is a list of most/some of those involved. I can Identify all with photo/in person, I am ready

<u>I am the main witness</u>

1. Asst. Warden - Keller
2. Asst. Warden - Lora Weaver
3. Capt. Baysinger
4. Dr. Hare??? Hazelwood M.D.
5. Dr Chowdhury MD
6. Dr. Pearson M.D.
7. Dr Weskamp
8. Dr Hogan
9. Dr Khan
10. Dr Bennett
11. Dr. Allen
12. All Registered Nurses (30?)
13. Nurse Supervisors
14. G. Aldridge R.N.
15. Rusty reddish hair - Glasses R.N.
16. Letterrell R.N.
17. Paulie
18. EBent
19. Accomplice's -    CIA usage Lied
20. HSA Roberts - Sarrazin - Psychiatrist
21. Black hair ("old wire glasses") Honest
22. Dr. Wooten - M.D. street Doctor
23. 4 Floor Hospital Lady
24. Dr. Carter Psy'd

32. Nurse's Dr.s Hare   4
3-1 - Nurse's   4
Medical Records   4-6 ?
Blood Lab   6 ? 3 Blonds
Pharmacy   4
c/o Allen   1
c/o Jenkins   1
c/o Smath   1
c/o Martin   1   Black Guy
c/o C-Black Grey hair men 8
    "Files"   Wyatt - F.C.I.
Physical Therapy
About 95 Accomplices
Audit Banks of Wester
Mail Office - 2
Tampered with my mail

United States District Court                                    Page 14 of 14
Judge - Christopher F. Droney                                   Page - 14
     Your Honor         "Urgent - Emergency"

   This is revealing some of the iceburg, Indeed <u>I am the main witness</u>, and I am sure many would be found guilty. But I sure do not make the Results - its all the jury's decisions
   Can your office or can the Clerk, make copies and mail a copy each to the 3 people below?? Thank You Greatly
                    Please mail Copies to
① Mail one copy to→ "<u>Joe Leiberman - Senate</u>"

② Mail one copy to→ "<u>Robert Mueller - FBI Chief</u>"

③ Mail one copy to→ "Bruce Maslar" (older Brother)
                                189 David Road
④ Maybe make copy for          Durham, Conn. 06422
  Terence Ward - I'd offer ⅓% for his help.
   This is what I would call (Top Secret)
    I trust your office will help - <u>Thank You</u>
 I cannot have any copy in my property because the staff would take it and harrass me for a long time and tamper with my mail - it against the law for them to tamper with - but they do indeed do it.
                              Respectfully
                        Michael Maslar 11472-014
                        Michael Maslar