October 10, 2006

The Clerk is ordered to docket this correspondence. Assistant United States Attorney Stephen Reynolds is ordered to confer with the Bureau of Prisons and report to the Court. So ordered.

Christopher F. Droney
United States District Judge
11/3/06

Clerk of the Court;                                    Page - 1

1.) Can you mail me the

4 forms of
18 USC § 2255

2.) Can you ask Terence Ward, to mail me ① of the 18 USC § 2255 all filled out + so when you mail me the 4 forms — I can fill them out, by looking at terance Wards form all filled out.

Thank You

Please notice the 3 pages to the Judge, maybe they can help you and the Judge see what I am trying to say. If anyone can help I would appreciate it.

Thank You,
Michael Haslar
11472-014

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

Page - 1 of 3
page - 1

Clerk of the Court
Judge - Your Honor              VS.    Michael Maslar 11472-014

This is regarding 18 USC § 2255 & Public Defender

I have Parkinson's with Alzheimers, accellerating Dyskinesia with anxiety. People cannot feel, the intensity of how I feel. There are no words, for the mental and physical pains I feel. How can I get legal help, for these Legal proceedures, when I am not sure how to proceed.

<u>I will try to explain my dilemma!</u>

①  I was going to court in Middletown, Conn. for two bank Robbery's. 1 bank Federal, 1 bank state I figured clean the slate, "Plead Guilty", be good and go home, Never commit a crime again. Be good forever.

②  I was going to see my Public Defender in Middletown, Conn. After a year passed my Public defender said, "I would get about 4 to 6 years". <u>"No enhancement - No double Jeopardy"</u> He said, since you want to go to the Federal, let us know how you make out & how much time you get.

③  We put in a "change of Venue" to transfer to Federal court, I swayed my decision, to move from state to Federal court time.

Next Page →

United States District Court  
Judge - Chief Attorney  
Clerk of the Court  
450 Main Street  
Hartford, Conn. 06103  

October 10, 2006

Page 2 of 3

Page - 2

Clerk of the Court  
Judge - Your Honor       VS.    Michael Maslar 11472-014

This is Regarding 18 USC § 2255   Public Defender

④ Well instead of 4 to 6 years, I got 165 months for 1 bank robbery with enhancement, with a note at federal

⑤ I plead guilty because, there was an illusion that, 165 months was mandatory - it was enhanced. The enhancement is not mandatory - it was like a double jeopardy. My Public Defender said, <u>Its "Mandatory - unless, you have any money??"</u> "Once you plead guilty, you cannot change it." If I knew then, that it was illegal, then I would have never gotten 165 months - maybe 72 months. I am not out to give or get money, if I had it I would have given it to my Public Defender. And I am not out to get money by sueing, ALL I seek is fairness. I would like to go home and never return to prison, never, ever...

⑥ From what I was told, I was enhanced by an old charge from 29 years ago with a 4-8 suspended or by an old charge 19 years ago. If the Judges felt, I should of gotten more time. Then they would have arranged, for me to get more time in those days. Even I realize, its time to be good and live like all good american's do or live like normal americans, do.

Next Page →

United States District Court
Judge - Christopher F. Droney
Clerk of the Court
450 Main Street
Hartford, Conn. 06103

October 10, 2006

Page 3 of 3
page - 3

Clerk of the Court
Judge - Your Honor;                VS.            Michael Maslar  11472-014

This is regarding a 18 USC § 2255, Public Defender

⑦ My sentence was imposed pursuant to the sentencing Reform act of 1984, a form of enhancement?? Notice that on Jan 2006 "The United States Supreme Court" made a decision-Ruling - "Blakely, Fan Fan - No one can be enhanced from old charges over 15 years old. - New law over old law. Notice 4 Volume 4.2.2, 4.2.1, 4.1.1 New law over old. Blakely - Fan Fan.

⑧ Did the court or prosecution use his own sense of enhancement, his own laws. Maybe the Public Defender and maybe the Prosecutor didn't realize, anything was wrong. I already have 5 years in jail for this and I am pleading with your honor, to grant me a complete downward departure - No parole or probation or a complete reversal."

⑨ Your Honor;
     Can you have the Clerk of the Court, mail me the 18 USC § 2255 Forms ④ So I can fill one out, and mail the 2255 Forms back to the clerk and Terance Ward - Public Defender. I'm not sure he is the right, Public Defender for me. I am indigent, what do I do, - Respectfully Please help!
                                    Michael Maslar 11472-014

Michael Maslar 11472-014          September 14, 2006
3:02-CR-202-CFD
U.S. District Court          Emergency - Urgent
Judge - Christopher F. Droney      Copy to - U.S. Supreme Court
Terrence Ward - Public defender    Copy to - FBI Chief
                                                   Top Secret     Page-1

Your Honor;

     Sometimes people in life steer a person in another direction, so they will not see or find out what is really going on. So someone can lie so good, that its really easy for them to make you believe, the lie, easier than the truth. Its like your part of the plan, to get people to go in the wrong direction, to cause a diversion, by lying good. To steer you all, away from the truth.

     There indeed are some very sick people in life, in the World we all live in together. Something's in life take time, for me to figure out, I mean the whole, "story", from beginning to end. Here is part of people in life, that my impression is, they are very sick.

① Jeffery Dahmer          ④ Jack Kevorkian
② Sammy the bull          ⑤ Terry Nichols
③ Timothy Mcveigh

And there are several in Springfield, Missouri, that are very sick indeed.

     There are many people in life, that are very sick, <u>Not everyone gets caught for what they do</u>, sometimes people will go through alot, to really lead others to think there is nothing wrong. Many people, "Prisoners" at the hospital for Federal Prisoners in Springfield, Missouri. Have asked me in 2003 to find out why so many are dieing at Springfield?? its known as <u>"the Experimental Place."</u> I wondered why, I was chosen, to see if, I could find out why???

                                                  Turn Over →

September 14, 2006

United States District Court
Judge - Christopher F. Droney

Emergency - Urgent
Copy to - U.S. Supreme Court
Copy to - F.B.I. Chief

Your Honor                                    Page - 2

As time went by I did indeed find out many things, maybe they should be heard in court. The only way for all this to work, it would take several criminally minded + sick minded people for it to work. I call it the "Link System". There are many accomplice's and many involved in as conspirator's. Possibly over 100.

Its easy to realize, there are so many ways to do this. But even I said to myself, no way - it's just not true - its impossible. After about 2000 hours researching, I thought I am not gonna waist any more time, there is nothing to these Accusation's. Then a R.N. - Registard Nurse came upstairs, her name is Goldenberg with "Red Hair", about 29 years old. She went in the office to see Mr. Martin - staff security. So I decided to stand behind the door, and listen to what they say. Ms. Goldenberg said "How did Maslar find out?" "No body said anything at all, wait until he finds out how many accomplice's there are." Then Officer Martin said to her, "Maslar is indeed smart with a brain."

Everyone may notice, every thing in this scam is very well plotted, planned, and premeditated. So no one would ever get caught - from 2003 to 2006, I have spent about 10,000 hours, maybe a little more time than that, looking for any Lies or violations or different patterns of killing humans.

                                    Next Page →

Michael Maslar  11472-014                                September 14, 2006
3:02 -CR- 201
U.S. District Court
Judge - Christopher F. Droney

Terrence Ward - Public Defender

Your Honor;                                                    Page - 3

People who read about this may laugh and say, No way - this is impossible - someone is joking and or playing games or making all this up. <u>This is very real</u>, and wait till you see everything about it, it takes curves and turns, with real crazy demented minds and ways. I believe It took all of my insight, instinct, and forsight. As of September 2006, I admit it took about 10,000 hours of reasearch. Now I will try, to give you some of the pieces of the puzzle. So you can get to see some of the movie, the way things really happened. Most dates are altered! on paper they lie. Alot. Not only that, I went to see a Neurologist who came from the streets 2 times. I wanted to get copies of his examinations with Dr. Hare M.D. - M.O. also with Thomas Habiger. Now about 3 months after the examinations, <u>I put in a request for a copy of the examinations</u>, to find out how my Parkinson's is doing. I've had Parkinson's for about 24 years, and 24 years of treatment - Artane 5 mg. 3x a day. The lady in charge of Medical Records was Ms. Maples. She sent my request back with her answer on it which said, "Mr Maslar there is <u>no record</u> of you ever seeing a Neurologist here."

So I wrote to the <u>Freedom of information act</u>, requesting permission by law to get copies of all my Medical Records. And I got permission granted. The Neurologist Report said, "<u>Mr. Maslar has mild Dyskinesia with Parkinson's symptoms</u>." Now you know that Ms Maples was lieing (sp.) - I did indeed get examined there. Turn Over →

Michael Maslar 11472-014                               September 14, 2006

United States District Court                    — Emergency — Urgent
Judge — Christopher F. Droney                Copy to — U.S. Supreme Court
                                              Copy to F.B.I.
                                              Top Secret

Your Honor;                                                    (Page - 4)

Here we are with the male staff — security, use to talk to the interns from College, and new female workers at Springfield. They would become friends, couples live together and some marry to have children.

I requested permission to talk to alot of staff, and the Asst. Warden Keller (Now he's Warden at Marion, Ill.) I talked to Captain Baysinger, and Lt.'s — every one said, "good — go ahead — you have a green light. Check whatever you want regarding medical". I was hoping to find out why, so many prisoners were dying sp. from the treatment, for Hepatitis-C geno-Type-1-cronic. It left hundreds of Widows, with no father for there children, and when the children ask there Mommy (Mother), where is Daddy?? the children don't understand, why Daddy is not coming home. It's sad!

When I almost found out everything, <u>the male staff security started to threaten me</u>. Because those responsible, were the officers girlfriends or wives. I was getting to close, I knew to much. They wanted to transfer me, twice they sent me to Otisville, New York. Twice they sent me back to Springfield, Missouri Because They had no medical for Parkinsons & Dyskinesia, etc. <u>I have been told several times to forget everything</u> and walk away from it all. "Even Captain said;" "Throw that paper away, pick up a good book & you could escape in a good book."
                                                          Next page →

United States District Court
Judge - Christopher F. Droney
~~Terrence~~ Ward - Public Defender
Your Honor;                                    Page - 5

Asst. Warden Keller said, "I am the one who put you on bus therapy, where would you like to transfer to"?? From 2004 to now september 2006. I was threatened alot, to forget everything or I will suffer greatly. Some of the threats were same as below.

"Threats"

① They put crushed glass in my peas, it looked like glitter.
② My Cottage cheese had Lysol in it.
③ I got Rash & skin infections - something in my food.
④ I decided I must be careful eating foods.
⑤ I lost about 52 lbs in 80 days, I really thought, some foods taste like poison.
⑥ Blatz R.N. said to the cop, "Maslar is not eating," the cop said "How do you know??" Blatz R.N. said, "If Maslar ~~was~~ eating, he would be dead by now." involved RN-Flood
⑦ Officers said, "We should cut off his hands and feet and tongue off. To make him really suffer.
⑧ The staff told everyone I worked for the C.I.A. an accusation, How do you make friends or meet new people when all think your a cop??" Notice letter 1-10-05 by Georgina Ashlock Phd., How could I work for the C.I.A. When I've been in Jail all my life?? Is this a setup.
⑨ The staff said in Atlanta, GA. "My Mom & Dad died & and that I had AIDS" - well nothing was true - nothing. I don't have AIDS, my family Mom & Dad did not die.
⑩ And Dr. Pearson M.D. put out a hit on me - It was verbal $50,000.ºº, then $150,000. $250,000ºº was it true or not?? Well to be honest - some things they said still make me scared. This is not all a game or joke.

TURN OVER →

United States District Court
Judge - Christopher F. Droney

Page - 6

Your Honor;

11.) The staff said, "We could hang him and make it look like a suicide - to get rid of me - who'd know otherwise??

12.) Dr. Choudhury M.D. told me, "G. Aldridge R.N. told him that he gave Maslar the shot of Dyskinesia - Choudhury M.D. said he might testify for immunity. He's got to see for himself - F.B.I.

13.) Many said, "We could give Maslar a Hot shot!"

14.) Officer Jenkins and Allen said, "They should give me a shot of HIV, or AIDs" - Jenkins said, "To Allen "Its already done." Tests showed (3 times) nothing - No HIV & No AIDs. It may have been just a joke or just a prank. Maybe to see if I'd kill myself or inmates would kill me.

15.) I really don't know why. Blood work must be done for Hyperthyroidism, Viral load, CBC, liver profile - exrays for complete spine MRI. DNA Henry Lee - I was in line to kill - Maybe I should thank Jesus.

16.) They said, "Put Maslar to sleep and cut up his face with Razor blades.

17.) One night 6 officers came into my cell, one watched the door - the other 5 stood by - one woke me up to say, "If you keep talking about this - we will come back and he'll put the blanket over my head, and that guy with the claw hammer will hit you in the face, 20 times with the claw-hammer - if you can talk then - by God go ahead."

18.) The officers felt, "they should use hot needles to stop my eyes from seeing anymore."

19.) All gray hair officers at 10-c threats of every kind, to scare me - yes they did. Next page →

United States District Court
Judge - Christopher F. Droney

Your Honor                                    Page - 9

All along the way, there was a steady flow of all types of Pharmacuitical Drugs, and a steady flow of prisoners to kill also. The more inmates killed, the more drugs to get by stealing them.

R.N.'s would sit in the nurse's station all night, and see all the drugs and realize, tens of thousands in left over pain pills - The R.N.'s take all or most.
A prisoner is getting ready to die - the R.N.'s order many months of pain pills for that inmate. He dies early or is given a (Hot Shot) to speed things up - he dies early.
All the percoset, morphine, oxecotton left over
The nurse's are happy with what is left over and all the new meds they ordered - He dies so they get everything, that is not the other way or only ways they are doing this. There are many scams to this stealing drugs, and money from the Federal government and tax payers and donators. This happens all over the U.S., Hundreds of millions of dollars - maybe from all the federal medical Centers in all 50 states, it may be over a billion per year, everyone is stealing. I need to see the F.B.I. Chief and or also the DEA chief. Maybe your agency's will be saying - "its about time". This entire letter is (top secret). I can help, I need help - come see me. ASAP.
    This whole issue is planned, plotted, and premediated, so no one knows about the Hot shots, that is why (at least 60 prisoners) Turn Over →

United States District Court
Judge - Christopher F. Droney

Page-8

Your Honor,

have died with a non-responsive liver the Hot SHOT is a certain drug so powerful - it kills the prisoner. To my knowledge NO ONE has ever had D.N.A. to see if - NON Responsive was a natural death or a plotted & planned to ultimately killed. A private person needs to exhume the body, of maybe 6 or 7 to prove during 2003 & part of 2004 they were killed. for drugs and money. Maybe a few could benefit, to come and see me A.S.A.P.

(1.) Here is another issue, a new guy comes to Springfield, Missouri, standard procedure, they take blood, to prove he is physically okay to be around everyone, - All his organs and blood is good. his good blood is put on a tray.

(2.) Another inmate comes to have blood taken The blood lady knows this inmate is Hepatitis-C After all is done - she puts the name of the bad blood on the good blood - so the good blood comes back with Hepatitis-C then a pa or RNs get all this treatment pills - the guy with the good blood doesn't even know - They use his paper-work to get treatment he doesn't need - he will never ever know, Every week this scam is done. Sometimes they will use him as a ginny pig in many ways to get even more. So the good guy reveals bad blood - but they make him really sick to keep the treatment coming to him. Not Any →

United States District Court
Judge - Christopher F. Droney

Page-9 of 11

Your Honor                                    Page-9

I call this case "Serial Link Murders," 10 or 30 could all be Accomplice's or hold the conspiracy charge - all play a roll, <u>to make sure no one catches them</u>, committing these perfect murders - all the exact same way. Non Responsive liver, by Hot shots, maybe its a shot of to much sugar, inositol. DNA I think could reveal how the prisoners died. Plus those who testify for immunity (can reveal All). Let's say they are Responsible for 200 murders, 67 could be serial murders, and the 133 could be 1st degree murders. So I could be wrong, they may not all be serial. So I am very very lucky, I am alive. I was in line to die also. I need the help of F.B.I. & Mr Lee.

Maybe this will help you understand alot, there are people on the street with Hepatitis-C - geno type 1 stages 1,2,3,4 if all is done right - sometimes you can save a life in <u>stages 1, 2, & 3</u>, - 4 is almost out of Reach to save. No one wants to treat someone, with stage end of 3 to stage 4 - survival is not good at all. <u>Private Dr's don't</u> want a bad treatment Record, for business.

So there is a black market for everything;
① Interferon - (pegasys 180 mcg.) goes for $75,000.⁰⁰ for a 6 month cycle on black Market - $3,000.⁰⁰ each little bottle 180 mcg.
② Interferon (Rebraviron) is taken twice a day 1000 mg. $20,000.⁰⁰ for a 6 month cycle and the pegasys is taken, one shot injection every week.

                                    Turn Over →

United States District Court
Judge - Christopher F. Droney

Page - 10 of 11
Page - 10

Your Honor

Below is a list of, most, some of those involved. I can I.d. Identify all involved, with photo checking. I am ready & I am the "main witness" Everyone will be question.

A  1. Asst. Warden - Keller
A  2. Asst. Warden - Linaweaver
A  3. Captain - Baysinger
A  4. Hazelwood M.D. Clinical
   5. Dr. Chouldhury M.D.
A  6. Dr. Pearson M.D.
A  7. Dr. Weskamp N.P.
   8. Dr. Hogan N.P.
   9. Dr. Khan P.A.
A 10. Dr. Bennet P.A.
A 11. Dr. Allen P.A.
  12. Nurse Supervisors 1 - Tall white hair
4 13. Goldenburg R.N. Red hair
  14. Rusty Red hair - glasses - many scams
  15. Letterrell R.N. Quit - white man.
  16. Paulie  -- Flood R.N.
  17. Ebent
  18. 4th floor Hospital - Baby Parts ??
  19. Accomplices 20 to 40 ??
1 20. G. Aldridge - R.N.
  21. Black Hair - Glasses - Honest ??
  22. Dr. Wooten M.D. Street Dr.
1 23. H.S.A. Roberts, Master Manual
         SES - manual computer

  24. 3-2 - R.N.'s  4 of them
  25. 3-1 - R.N.'s  4 of them
  26. Medical Records Maybe to now
  27. Blood Lab                           A
  28. Pharmacy - 3-4 of them              H
  29. Mail Office - 3 to 4
  30. Allen
  31. Jenkins
  32. Small
  33. Martin                              A
  34.
  c/o's C - Block - gray (8) of them
  35. Physical therapy - very good
       1-7-05 or 1-10-05 me
  36. Ashlock PhD. 1-10-05
  37. Sarrazin M.D. authorized
       okay, for Ashlock PhD to write
       CIA in files - Not true at all
              set up.
  38. Maybe 95 involved or more
       maybe less - All I know
       its alot.
  39. Audit certain few.

              Next Page →

United States District Court
Judge - Christopher F. Droney
Terrence Ward - Public Defender        (Page - 1)

Your Honor; (I need 4 forms 28 USC § 2255)

This is a very bad case for Springfield, Mo. Some have tried to sue, in the past. My case is different. I have alot of paperwork, and many who want to testify. Many want to see the killing stop, right now. We have some help of testimony, all help is greatly appreciated. Even I have put my life on the line, to help stop this. I am the main witness. I can help, I will help, and I need help. We need MR Henry Lee - DNA Master on our side. He's from Meriden, Conn.

     I hope MR Robert Mueller - F.B.I. Chief will come to see me ASAP. (or) send someone from the F.B.I. 2 or 3 who would be good for this criminal case I call the "Serial Link System Murders"

     Can someone please send a copy of this
1.) to the → F.B.I. headquarters
2.) to My Brother → (Bruce Maslar, 189 David Road, Durham, Conn. 06422)
3.) A copy in my files - Hidden somewhere.

                          Turn Over →

     Some are willing to testify for immunity. and I know where a weapon to kill is hidden. I do not even have a lawyer yet. So any help, your office can provide, would greatly be appreciated.

Honorable Judge                         Respectfully
I need 4 Forms 28 USC § 2255 Please    Michael Maslar

*(margin notes, left side, vertical):* They open mail & read legal mail alot. I'm not tough can never come back here to me cause

Michael Maslar 11472-014                                    October 22, 2006

U.S. District Court
Judge - Christopher F. Droney

RECEIVED
2006 OCT 30 P 3:04

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

Page - 12

Your Honor;

1) I do not have any 28 USC § 2255

2) I cannot get any 28 USC § 2255

3) Can someone at the court, send me 4 (Forms) 28 USC § 2255

4) I met this lawyer at Otisville, New York he said " I know you have mental & physical problems, I know your suffering alot., and he said Mike get me all the paper work & I will file it for you to get you out of jail " No Cost " because your a nice person. Well I was moved to 3 places I am here in Pennsylvania.

5) If the Clerk can - please send me (4-Forms) 28 USC § 2255

6) The Judge sign an order on September 14, 2006. for me to proceed or send in a 28 USC § 2255 4 forms ??

7) I have a question - is there a time limit on me to fill out by a certain time I can't fill out the 28 USC § 2255 I don't have them — if someone sends me 4 forms 28 USC § 2255 I will try to fill them out and send them to the court. Thank You!