**NOV 7 2006**

Clerk of the Court (Page-1)

Someone here was able to get me a copy of the

28 USC. § 2255

My only problem is, I don't know how to fill out the forms. I will try to find out how or get someone who can help me fill out the forms.

I do need the items listed below, to make out the 28 USC § 2255

Allow me to thank you in advance for helping me.

1. Indictment
2. Transcript (sentencing minutes)
3. Plea agreements
4. Docket sheet
5. P.S-I.

Please send to brother or me.

Respectfully
Michael Maslar
11472-014