UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:02-CR-202 (CFD) |
| : | |
| MICHAEL MASLAR : | |
| Defendant, : | |

### ORDER

The Clerk is order to docket the attached correspondence and to forward a copy of it and of this order to the defendant's brother Bruce Maslar at 189 David Road, Durham, CT 06422. The Clerk is also ordered to provide the defendant with a copy of his docket sheet. Maslar's letter is interpreted as a motion for copies in forma pauperis pursuant to Section 753(f). Section 753(f) provides in relevant part:

> Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

28 U.S.C. § 753(f) (1994).

However, Maslar has yet to file a § 2255 motion challenging his conviction or sentence and thus his motion for a free transcript pursuant to § 753(f) is not ripe. United States v. Horvath, 157 F.3d 131, 133 (2d Cir. 1998). Accordingly Maslar's motion is denied without prejudice to his requesting the documents from the Clerks' office and paying the appropriate copying fee or to a renewed motion for documents in forma pauperis after his 2255 motion is

filed. Maslar may also contact Attorney Terence Ward and request a copy of his indictment and plea agreement.

SO ORDERED this __20th___ day of November, 2006 at Hartford, Connecticut.


                                                   /s/ CFD
                                            **CHRISTOPHER F. DRONEY**
                                            **UNITED STATES DISTRICT JUDGE**